# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MICHAEL-LEE GRAY, | CASE NO. CV F 11-0909 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 23.) |
| RADIOSHACK CORP., | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters;

3. RETAINS jurisdiction to enforce settlement terms; and

4. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   July 2, 2012**                          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1